# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --           )
                                )

Homeland Contracting Corp.     )     ASBCA No. 60330
                                )

Under Contract No. FA4800-12-D-0004    )

| APPEARANCE FOR THE APPELLANT: | Herman N. Braude, Esq.<br>Braude Law Group, P.C.<br>Washington, DC |
| --- | --- |
| APPEARANCES FOR THE GOVERNMENT: | Jeffrey P. Hildebrant, Esq.<br>Air Force Deputy Chief Trial Attorney<br>Phillip E. Reiman, Esq.<br>Capt Ryan P. Payne, USAF<br>Trial Attorneys |

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated: 5 June 2017

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60330, Appeal of Homeland Contracting Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals